UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>YELLEN, Barry<br>Orr, Trustee v. Rose Yellen | Case No.: 19-30274/20-1131<br>Chapter: 7<br>Judge: Ferguson |

**NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY**

_____Thomas J. Orr_____, _____Chapter 7 Trustee_____, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:   Jeanne Naughton, Clerk
402 East State St.
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable _____Kathryn C. Ferguson_____ on _____September 14, 2021_____ at ___10___ a.m. at the United States Bankruptcy Court, courtroom no. ___2___, _____402 East State St., Trenton, NJ_____ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action:   The Trustee initiated suit against the Debtor's wife contending that a 2015 transfer of the Debtor's home to her for no money was a fraudulent transfer. The Transfer was beyond the traditional 4 year lookback period. The home now has substantial equity in it. The Defendant alleged a variety of defenses.

Pertinent terms of settlement:   The Trustee has agreed to accept $89,000 to settle the claims asserted in the adversary proceeding. The payment will be funded through a reverse mortgage. In light of the defenses submitted by the Defendants and the cost, delay and uncertainty of trial, the Trustee believes that this settlement is in the best interest of the Estate and its creditors.

Objections must be served on, and requests for additional information directed to:

Name:   Andrea Dobin, Esq., counsel to the Trustee

Address:   427 Riverview Plaza, Trenton, NJ 08611

Telephone No.:   609-695-6070

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                        Case No. 19-30274-KCF
Barry W Yellen                                                                                Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                    User: admin                                    Page 1 of 3
Date Rcvd: Aug 11, 2021                 Form ID: pdf905                                Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barry W Yellen, 2 Glenwood Circle, Hightstown, NJ 08520-2304 |
| cr | + | PNC Bank, National Association, c/o Dilworth Paxson LLP, Francis P. Maneri, Esquire, 457 Haddonfield Rd - Suite 700, Cherry Hill, NJ 08002-2201 |
| acc | + | Sharer Petree Brotz & Snyder, 1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043-4376 |
| cr | + | Toyota Motor Credit Corporation, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| 518533932 | + | ADK Electrical Serices, 858 US Hwy 1, Suite 1, Edison, NJ 08817-4624 |
| 518533933 | + | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 518533934 | + | American Sewing & Vacuum, 301N Harrison St, Princeton, NJ 08540-3527 |
| 518533935 | + | American Sewing & Vacuum, 2 Glenwood Circle, Hightstown, NJ 08520-2304 |
| 518533941 | + | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518658465 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518533945 | + | Dilworth Paxson, LLP, 457 Haddonfield Road, Ste 700, Cherry Hill, NJ 08002-2221 |
| 518533947 | + | Dovenmuehle Mortgage, Inc, Attn: Bankruptcy, 1 Corporate Dr, Ste 360, Lake Zurich, IL 60047-8945 |
| 518699354 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518533950 | + | Janome, 10 Industrial Ave, atty - Main st clinton, NJ, Mahwah, NJ 07430-3522 |
| 518533951 | + | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 518533952 |   | New Jersey Attorney General Office, Division of Law, Richard J. Hughes Justice Complex, 25 Market Street, P.O. Box 112, Trenton, NJ 08625-0112 |
| 518650981 | + | PNC Bank, National Association, c/o Francis P. Maneri, Esquire, Dilworth Paxson LLP, 457 Haddonfield Rd Suite 700, PO Box 2570 Cherry Hill, NJ 08034-0371 |
| 518533955 |   | Robert Wood Johnson Medical Group, PO Box 15278, Newark, NJ 07192-5278 |
| 518533956 | + | Rose Yellen, 2 Glenwood Circle, Hightstown, NJ 08520-2304 |
| 518533953 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, NJ Division of Taxation, Compliance and Enforcement - Bankruptcy, 50 Barrack St, 9th Floor, PO Box 245, Trenton, NJ 08695-0267 |
| 518533957 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52409 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 11 2021 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 11 2021 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518533943 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 11 2021 20:48:38 | Citibankusana-ebcc, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 518533944 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 11 2021 20:48:48 | Citibankusana-ebcc, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518533946 | | Email/Text: mrdiscen@discover.com | Aug 11 2021 20:29:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 11, 2021 | Form ID: pdf905 | Total Noticed: 33 |

| | | | | |
|---|---|---|---|---|
| 518651563 | | Email/Text: mrdiscen@discover.com | Aug 11 2021 20:29:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518533942 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 11 2021 20:48:26 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518533954 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 11 2021 20:29:00 | Pnc Bank, Na, 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 518824888 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 11 2021 20:48:37 | PYOD LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602, PYOD LLC, Resurgent Capital Services 29602-9008 |
| 518824887 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 11 2021 20:48:28 | PYOD LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 518768253 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 11 2021 20:48:34 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518539213 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 11 2021 20:48:34 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 12

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518533940 | | American Sewing & Vacuum Center |
| 518533948 | | Edens Management |
| 518533949 | | Elan |
| 518533936 | *+ | American Sewing & Vacuum, 2 Glenwood Circle, Hightstown, NJ 08520-2304 |
| 518533937 | *+ | American Sewing & Vacuum, 2 Glenwood Circle, Hightstown, NJ 08520-2304 |
| 518533938 | *+ | American Sewing & Vacuum, 2 Glenwood Circle, Hightstown, NJ 08520-2304 |
| 518533939 | *+ | American Sewing & Vacuum, 2 Glenwood Circle, Hightstown, NJ 08520-2304 |
| 518719539 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 3 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2021 at the address(es) listed below:**

| Name | Email Address | |
|---|---|---|
| Andrea Dobin | | on behalf of Plaintiff Thomas J Orr adobin@msbnj.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 11, 2021 | Form ID: pdf905 | Total Noticed: 33 |

Andrea Dobin
    on behalf of Trustee Thomas Orr adobin@msbnj.com

Candyce Ilene Smith-Sklar
    on behalf of Defendant Rose Yellen mail@njpalaw.com  r56958@notify.bestcase.com

Denise E. Carlon
    on behalf of Creditor Village Capital & Investment  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Francis P. Maneri
    on behalf of Creditor PNC Bank  National Association fmaneri@dilworthlaw.com, smurphy@dilworthlaw.com

Gianna M Casola
    on behalf of Plaintiff Thomas J Orr gcasola@msbnj.com

Keith David Sklar
    on behalf of Defendant Rose Yellen mail@njpalaw.com

Michael A. Siravo, IV
    on behalf of Plaintiff Thomas J Orr msiravo@msbnj.com  msiravo@trenklawfirm.com

Michael A. Siravo, IV
    on behalf of Trustee Thomas Orr msiravo@msbnj.com  msiravo@trenklawfirm.com

Peter Broege
    on behalf of Mediator Peter J. Broege  Esq. pbroege@bnfsbankruptcy.com, G1580@notify.cincompass.com

Scott E. Kaplan
    on behalf of Debtor Barry W Yellen scott@sekaplanlaw.com
    felisha@sekaplanlaw.com,sekparalegal@gmail.com,anthonyninicpa@gmail.com,buparalegal@gmail.com

Thomas Orr
    tom@torrlaw.com  Torr@ecf.axosfs.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 13