Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19–30274–KCF
Chapter:  7
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Barry W Yellen
   2 Glenwood Circle
   Hightstown, NJ 08520

Social Security No.:
   xxx–xx–3761

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I  Gary A. Nau , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Settlement of Controversy:

Description of Property (if applicable):

Nature of action: The Trustee initiated suit against the Debtor's wife contending that a 2015
transfer of the Debtor's home to her for no money was a fraudulent transfer.
The Transfer was beyond the traditional 4 year lookback period. The home
now has substantial equity in it. The Defendant alleged a variety of defenses.

Pertinent terms of settlement: The Trustee has agreed to accept $89,000 to settle the claims
asserted in the adversary proceeding. The payment will be funded through a reverse mortgage.
In light of the defenses submitted by the Defendants and the cost, delay and uncertainty
of trial, the Trustee believes that this settlement is in the best interest of the Estate and its creditors.

Dated: September 8, 2021
JAN: gan

Jeanne Naughton
Clerk