**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

McManimon Scotland & Baumann, LLC
Andrea Dobin, Esq.
427 Riverview Plaza
Trenton, NJ 08611
(973) 323-8667
adobin@msbnj.com
Counsel to Thomas J. Orr, Trustee

Order Filed on May 13, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Barry Yellen

Case No.: 19-30274

Chapter: 7

Judge: Kahryn C. Ferguson

**ORDER SHORTENING TIME PERIOD FOR NOTICE,**
**SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: May 13, 2022**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

After review of the application of _____Thomas Orr_____ for the reduction of time for a hearing on  Motion to Compel Rose Yellen and Barry Yellen to List Property for Sale and Granting Related Relief  under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____May 24, 2022_____ at 10:00 a.m. ~~the United States Bankruptcy Court~~   SEE BELOW FOR APPEARANCE REQUIREMENTS   ~~Courtroom No._____~~ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Debtor and Debtors Counsel

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: Debtor and Debtors Counsel

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or   by 5/16/2022

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail

_____ day(s) prior to the scheduled hearing; or  no later than

☒ may be presented orally at the hearing.

8. **Telephonic appearances** are required to prosecute the motion/application and any objections. Parties

are directed to make arrangements to appear telephonically via Court Solutions.

(https://www.court-solutions.com/ or dial 917-746-7476)

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-30274-KCF |
| Barry W Yellen | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: May 13, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Barry W Yellen, 2 Glenwood Circle, Hightstown, NJ 08520-2304 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2022              Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrea Dobin | on behalf of Trustee Thomas Orr adobin@msbnj.com  cgallo@msbnj.com |
| Andrea Dobin | on behalf of Plaintiff Thomas J Orr adobin@msbnj.com  cgallo@msbnj.com |
| Candyce Ilene Smith-Sklar | on behalf of Defendant Rose Yellen njpalaw@gmail.com  r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Village Capital & Investment  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Francis P. Maneri | on behalf of Creditor PNC Bank  National Association fmaneri@dilworthlaw.com, smurphy@dilworthlaw.com |
| Gianna M Casola | on behalf of Plaintiff Thomas J Orr gcasola@msbnj.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: May 13, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Keith David Sklar
    on behalf of Defendant Rose Yellen mail@njpalaw.com

Michael A. Siravo, IV
    on behalf of Plaintiff Thomas J Orr msiravo@msbnj.com  msiravo@trenklawfirm.com

Michael A. Siravo, IV
    on behalf of Trustee Thomas Orr msiravo@msbnj.com  msiravo@trenklawfirm.com

Peter Broege
    on behalf of Mediator Peter J. Broege  Esq. pbroege@bnfsbankruptcy.com, G1580@notify.cincompass.com

Scott E. Kaplan
    on behalf of Debtor Barry W Yellen scott@sekaplanlaw.com
    felisha@sekaplanlaw.com,sekparalegal@gmail.com,anthonyninicpa@gmail.com,buparalegal@gmail.com

Thomas Orr
    tom@torrlaw.com  Torr@ecf.axosfs.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 13