| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br>MCMANIMON, SCOTLAND & BAUMANN, LLC<br>427 Riverview Plaza<br>Trenton, NJ 08611<br>(609) 695-6070<br>Andrea Dobin<br>*Attorneys for Thomas J. Orr, Chapter 7 Trustee* | |
| In Re:<br>YELLEN, Barry W.,<br>　　　　　　　Debtor. | Case No.:　　　19-30274<br><br>Judge:　　　Kathryn C. Ferguson<br><br>Chapter:　　　7 |

## CERTIFICATION OF SERVICE

1. I, _____Terri Olsen_____ :

   ☐ represent the Trustee/Plaintiff in the above-captioned matter.

   ☒ am the secretary/paralegal for ___Andrea Dobin___, who represents the ___Chapter 7 Trustee___ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On ___May 16, 2022___, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Notice of Motion for Order Compelling Parties to List Property for Sale
   Certification in Support of Motion
   Statement that No Brief is Necessary
   Proposed Order
   Application for Order Shortening Time & Proposed Order
   Entered Order Shortening Time

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:    May 16, 2022       /s/ Terri Olsen   
                                                                          Signature

p

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Keith Sklar, Esq.<br>Law Offices of Sklar Smith-Sklar<br>1901 N. Olden Ave. Ext., Suite 22<br>Ewing, NJ  08618<br><br>mail@njpalaw.com | Counsel to Defendant | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☒ Other   Overnight mail   <br>(as authorized by the court*) |
| Scott E. Kaplan, Esq.<br>5 S. Main St.<br>Allentown, NJ  08501<br><br>scott@sekaplanlaw.com | Counsel to Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☒ Other   Overnight mail   <br>(as authorized by the court*) |
| Mr. Barry Yellen<br>Ms. Rose Yellen<br>2 Glenwood Circle<br>Hightstown, NJ  08520<br><br>Barryyellen45@gmail.com | Debtor and Defendant | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☒ Other  Overnight Mail   <br>(as authorized by the court*) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time