UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**MCMANIMON SCOTLAND & BAUMANN, LLC**
427 Riverview Plaza
Trenton, NJ  08611
Andrea Dobin, Esq.
(973) 323-8667
adobin@msbnj.com
*Attorneys for Thomas J. Orr, Chapter 7 Trustee*

Order Filed on May 24, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

BARRY YELLEN,

        Debtor.

Case No. 19-30274 (KCF)

Honorable Kathryn C. Ferguson

Chapter 7

### ORDER COMPELLING ROSE YELLEN AND BARRY YELLEN TO LIST PROPERTY FOR SALE AND GRANTING RELATED RELIEF

The relief set forth on the following page, numbered two (2), it is hereby **ORDERED.**

**DATED: May 24, 2022**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor:  Barry Yellen
Case No. 19-30274 (KCF)
Adv. :  Orr, Trustee v. Yellen
Adv. No.:  20-1131
Caption of Order: Order Compelling Rose Yellen and Barry Yellen to List Property for Sale and Granting Related Relief

**THIS MATTER**, having been presented to the Court upon the motion of Thomas J. Orr, Chapter 7 Trustee ("Trustee") by and through his counsel, McManimon Scotland & Baumann, LLC for an Order Compelling Rose Yellen and Barry Yellen to List Property for Sale in Accord with Settlement Agreement and Granting Related Relief (the "Motion") and the Court finding that good and sufficient cause exists for the granting of the relief as set forth herein,

**IT IS HEREBY ORDERED** that:

1. The Motion is **GRANTED**.

2. Within ten (10) days of the date hereof, Rose Yellen and Barry Yellen (the "Yellens") must list the property located at 2 Glenwood Circle, East Windsor, New Jersey (the "Property") with a real estate agent licensed to list properties in Mercer County.  The property cannot be listed for more than Four Hundred Twenty-Five Thousand Dollars ($425,000).  If the Yellens do not retain a broker, the Trustee is authorized to retain Berkshire Hathaway/Fox & Roach from the Princeton, NJ office.

3. The Yellens must cooperate with the retained broker in the showing of the Property for the purposes of sale including allowing showings on no more than 24 hours' notice.

4. The Yellens must tell the Trustee of any and all offers received for the Property.  If they do not accept an offer within the first 30 days' the Trustee is authorized to assume control of the sale process to the same extent as if the Property were Property of the Estate at the commencement of the bankruptcy proceeding.

5. The Trustee is authorized to file a *lis pendens* against the Property.

4895-1399-8623, v. 1