UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**MCMANIMON SCOTLAND & BAUMANN, LLC**
427 Riverview Plaza
Trenton, NJ  08611
Andrea Dobin, Esq.
(973) 323-8667
adobin@msbnj.com
*Attorneys for Thomas J. Orr, Chapter 7 Trustee*

Order Filed on May 24, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

BARRY YELLEN,

           Debtor.

Case No. 19-30274 (KCF)

Honorable Kathryn C. Ferguson

Chapter 7

**ORDER COMPELLING ROSE YELLEN AND BARRY YELLEN TO LIST PROPERTY FOR SALE AND GRANTING RELATED RELIEF**

The relief set forth on the following page, numbered two (2), it is hereby **ORDERED.**

**DATED: May 24, 2022**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor: Barry Yellen
Case No. 19-30274 (KCF)
Adv. : Orr, Trustee v. Yellen
Adv. No.: 20-1131
Caption of Order: Order Compelling Rose Yellen and Barry Yellen to List Property for Sale and Granting Related Relief

**THIS MATTER**, having been presented to the Court upon the motion of Thomas J. Orr, Chapter 7 Trustee ("Trustee") by and through his counsel, McManimon Scotland & Baumann, LLC for an Order Compelling Rose Yellen and Barry Yellen to List Property for Sale in Accord with Settlement Agreement and Granting Related Relief (the "Motion") and the Court finding that good and sufficient cause exists for the granting of the relief as set forth herein,

**IT IS HEREBY ORDERED** that:

1. The Motion is **GRANTED**.

2. Within ten (10) days of the date hereof, Rose Yellen and Barry Yellen (the "Yellens") must list the property located at 2 Glenwood Circle, East Windsor, New Jersey (the "Property") with a real estate agent licensed to list properties in Mercer County. The property cannot be listed for more than Four Hundred Twenty-Five Thousand Dollars ($425,000). If the Yellens do not retain a broker, the Trustee is authorized to retain Berkshire Hathaway/Fox & Roach from the Princeton, NJ office.

3. The Yellens must cooperate with the retained broker in the showing of the Property for the purposes of sale including allowing showings on no more than 24 hours' notice.

4. The Yellens must tell the Trustee of any and all offers received for the Property. If they do not accept an offer within the first 30 days' the Trustee is authorized to assume control of the sale process to the same extent as if the Property were Property of the Estate at the commencement of the bankruptcy proceeding.

5. The Trustee is authorized to file a *lis pendens* against the Property.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-30274-KCF |
| Barry W Yellen | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: May 24, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Barry W Yellen, 2 Glenwood Circle, Hightstown, NJ 08520-2304 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2022            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrea Dobin | on behalf of Trustee Thomas Orr adobin@msbnj.com cgallo@msbnj.com |
| Andrea Dobin | on behalf of Plaintiff Thomas J Orr adobin@msbnj.com cgallo@msbnj.com |
| Candyce Ilene Smith-Sklar | on behalf of Defendant Rose Yellen njpalaw@gmail.com r56958@notify.bestcase.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Barry W Yellen njpalaw@gmail.com r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Village Capital & Investment LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Francis P. Maneri | on behalf of Creditor PNC Bank National Association fmaneri@dilworthlaw.com, smurphy@dilworthlaw.com |

| | |
|---|---|
| Gianna M Casola | on behalf of Plaintiff Thomas J Orr gcasola@msbnj.com |
| Keith David Sklar | on behalf of Defendant Rose Yellen mail@njpalaw.com |
| Michael A. Siravo, IV | on behalf of Plaintiff Thomas J Orr msiravo@msbnj.com msiravo@trenklawfirm.com |
| Michael A. Siravo, IV | on behalf of Trustee Thomas Orr msiravo@msbnj.com msiravo@trenklawfirm.com |
| Peter Broege | on behalf of Mediator Peter J. Broege Esq. pbroege@bnfsbankruptcy.com, G1580@notify.cincompass.com |
| Scott E. Kaplan | on behalf of Debtor Barry W Yellen scott@sekaplanlaw.com felisha@sekaplanlaw.com,sekparalegal@gmail.com,anthonyninicpa@gmail.com,buparalegal@gmail.com |
| Thomas Orr | tom@torrlaw.com Torr@ecf.axosfs.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 14