UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>YELLEN, Barry | Case No.: 19-30274<br>Chapter: 7<br>Judge: Ferguson |

**NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY**

__Thomas J. Orr__, __Chapter 7 Trustee__, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

| Address of the Clerk: | Jeanne Naughton, Clerk<br>402 East State St.<br>Trenton, NJ  08608 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson__ on __July 12, 2022__ at __10__ a.m. at the United States Bankruptcy Court, courtroom no. __2__, __402 East State St., Trenton, NJ__ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

| Nature of action: | The Trustee settled an adversary proceeding against the Debtor's wife that required payment of $89,000 by April 1, 2022 or the wife was required to sell her house.  When payment was not made, the Trustee obtained an Order compelling the Debtor and wife to list the house for sale. |
|---|---|

| Pertinent terms of settlement: | The Debtor and wife wish to avoid selling their house and have asked for additional time to fund the settlement.  The Trustee has agreed to give an extension in exchange for additional payment.  The settlement amount is proposed to be a sliding scale starting at $94,000 if payment is made by July 15 and incrementally to $100,000 if payment is made by October 15.  After October 15, the house must be sold. |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: __Andrea Dobin, Esq., counsel to the Trustee__

Address: __427 Riverview Plaza, Trenton, NJ  08611__

Telephone No.: __609-695-6070__

*rev.8/1/15*