UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: <br> YELLEN, Barry | Case No.: _____19-30274_____ <br> Chapter: _____7_____ <br> Judge: _____Ferguson_____ |

**NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY**

_____Thomas J. Orr_____, _____Chapter 7 Trustee_____, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

| Address of the Clerk: | Jeanne Naughton, Clerk <br> 402 East State St. <br> Trenton, NJ  08608 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable _____Kathryn C. Ferguson_____ on _____July 12, 2022_____ at ___10___ a.m. at the United States Bankruptcy Court, courtroom no. __2__, _____402 East State St., Trenton, NJ_____ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

| Nature of action: | The Trustee settled an adversary proceeding against the Debtor's wife that required payment of $89,000 by April 1, 2022 or the wife was required to sell her house.  When payment was not made, the Trustee obtained an Order compelling the Debtor and wife to list the house for sale. |
|---|---|

| Pertinent terms of settlement: | The Debtor and wife wish to avoid selling their house and have asked for additional time to fund the settlement.  The Trustee has agreed to give an extension in exchange for additional payment.  The settlement amount is proposed to be a sliding scale starting at $94,000 if payment is made by July 15 and incrementally to $100,000 if payment is made by October 15.  After October 15, the house must be sold. |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:    Andrea Dobin, Esq., counsel to the Trustee

Address:    427 Riverview Plaza, Trenton, NJ  08611

Telephone No.:  609-695-6070

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Barry W Yellen  
    Debtor

Case No. 19-30274-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3  
Date Rcvd: Jun 09, 2022     Form ID: pdf905     Total Noticed: 34

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barry W Yellen, 2 Glenwood Circle, Hightstown, NJ 08520-2304 |
| cr | + | PNC Bank, National Association, c/o Dilworth Paxson LLP, Francis P. Maneri, Esquire, 457 Haddonfield Rd - Suite 700, Cherry Hill, NJ 08002-2201 |
| acc | + | Sharer Petree Brotz & Snyder, 1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043-4376 |
| 518533932 | + | ADK Electrical Serices, 858 US Hwy 1, Suite 1, Edison, NJ 08817-4624 |
| 518533934 | + | American Sewing & Vacuum, 301N Harrison St, Princeton, NJ 08540-3527 |
| 518533935 | + | American Sewing & Vacuum, 2 Glenwood Circle, Hightstown, NJ 08520-2304 |
| 518533945 | + | Dilworth Paxson, LLP, 457 Haddonfield Road, Ste 700, Cherry Hill, NJ 08002-2221 |
| 518533950 | + | Janome, 10 Industrial Ave, atty - Main st clinton, NJ, Mahwah, NJ 07430-3522 |
| 518650981 | + | PNC Bank, National Association, c/o Francis P. Maneri, Esquire, Dilworth Paxson LLP, 457 Haddonfield Rd Suite 700, PO Box 2570 Cherry Hill, NJ 08034-0371 |
| 518533955 | | Robert Wood Johnson Medical Group, PO Box 15278, Newark, NJ 07192-5278 |
| 518533956 | + | Rose Yellen, 2 Glenwood Circle, Hightstown, NJ 08520-2304 |
| 518719539 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 09 2022 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 09 2022 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 09 2022 20:41:00 | Toyota Motor Credit Corporation, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| 518533933 | + | Email/PDF: bncnotices@becket-lee.com | Jun 09 2022 20:46:20 | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 518533941 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 09 2022 20:41:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518658465 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jun 09 2022 20:42:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518533943 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 09 2022 20:56:48 | Citibankusana-ebcc, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 518533944 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 09 2022 20:56:48 | Citibankusana-ebcc, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518533946 | | Email/Text: mrdiscen@discover.com | Jun 09 2022 20:41:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518651563 | | Email/Text: mrdiscen@discover.com | Jun 09 2022 20:41:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518533947 | + | Email/Text: BKCourtNotices@yourmortgageonline.com | Jun 09 2022 20:41:00 | Dovenmuehle Mortgage, Inc, Attn: Bankruptcy, 1 Corporate Dr, Ste 360, Lake Zurich, IL 60047-8945 |
| 518533942 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 09 2022 20:46:27 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518699354 | + | Email/Text: RASEBN@raslg.com | Jun 09 2022 20:41:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518533951 | + | Email/Text: bankruptcy@marinerfinance.com | Jun 09 2022 20:41:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 518533952 | ^ | MEBN | Jun 09 2022 20:41:27 | New Jersey Attorney General Office, Division of Law, Richard J. Hughes Justice Complex, 25 Market Street, P.O. Box 112, Trenton, NJ 08625-0112 |
| 518533954 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 09 2022 20:41:00 | Pnc Bank, Na, 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 518824888 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 09 2022 20:46:10 | PYOD LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602, PYOD LLC, Resurgent Capital Services 29602-9008 |
| 518824887 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 09 2022 20:46:10 | PYOD LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 518533953 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 09 2022 20:41:00 | NJ Division of Taxation, Compliance and Enforcement - Bankruptcy, 50 Barrack St, 9th Floor, PO Box 245, Trenton, NJ 08695-0267 |
| 518768253 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 09 2022 20:46:17 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518539213 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 09 2022 20:46:28 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518533957 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 09 2022 20:41:00 | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52409 |

TOTAL: 22

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518533940 | | American Sewing & Vacuum Center |
| 518533948 | | Edens Management |
| 518533949 | | Elan |
| 518533936 | *+ | American Sewing & Vacuum, 2 Glenwood Circle, Hightstown, NJ 08520-2304 |
| 518533937 | *+ | American Sewing & Vacuum, 2 Glenwood Circle, Hightstown, NJ 08520-2304 |
| 518533938 | *+ | American Sewing & Vacuum, 2 Glenwood Circle, Hightstown, NJ 08520-2304 |
| 518533939 | *+ | American Sewing & Vacuum, 2 Glenwood Circle, Hightstown, NJ 08520-2304 |

TOTAL: 3 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

Case 19-30274-KCF    Doc 41    Filed 06/11/22    Entered 06/12/22 00:17:10    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 09, 2022 | Form ID: pdf905 | Total Noticed: 34 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 11, 2022                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrea Dobin | on behalf of Plaintiff Thomas J Orr adobin@msbnj.com cgallo@msbnj.com |
| Andrea Dobin | on behalf of Trustee Thomas Orr adobin@msbnj.com cgallo@msbnj.com |
| Candyce Ilene Smith-Sklar | on behalf of Defendant Rose Yellen njpalaw@gmail.com r56958@notify.bestcase.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Barry W Yellen njpalaw@gmail.com r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Village Capital & Investment LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Francis P. Maneri | on behalf of Creditor PNC Bank National Association fmaneri@dilworthlaw.com, smurphy@dilworthlaw.com |
| Gianna M Casola | on behalf of Plaintiff Thomas J Orr gcasola@msbnj.com |
| Keith David Sklar | on behalf of Defendant Rose Yellen mail@njpalaw.com |
| Michael A. Siravo, IV | on behalf of Plaintiff Thomas J Orr msiravo@msbnj.com msiravo@trenklawfirm.com |
| Michael A. Siravo, IV | on behalf of Trustee Thomas Orr msiravo@msbnj.com msiravo@trenklawfirm.com |
| Peter Broege | on behalf of Mediator Peter J. Broege Esq. pbroege@bnfsbankruptcy.com, G1580@notify.cincompass.com |
| Scott E. Kaplan | on behalf of Debtor Barry W Yellen scott@sekaplanlaw.com felisha@sekaplanlaw.com,sekparalegal@gmail.com,anthonyninicpa@gmail.com,buparalegal@gmail.com |
| Thomas Orr | tom@torrlaw.com Torr@ecf.axosfs.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 14