Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−30274−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Barry W Yellen
  2 Glenwood Circle
  Hightstown, NJ 08520

Social Security No.:
  xxx−xx−3761

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on October 27, 2022, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 46 − 25
Order Granting Application to Employ Sharer Petree Brotz & Snyder as Accountant (Related Doc # 25). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/27/2022. (ghm)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 27, 2022
JAN: ghm

                                                              Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                                        Case No. 19-30274-KCF
Barry W Yellen                                                                                                     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                User: admin                Page 1 of 2
Date Rcvd: Oct 27, 2022          Form ID: orderntc          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| acc | + Sharer Petree Brotz & Snyder, 1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043-4376 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2022              Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrea Dobin | on behalf of Trustee Thomas Orr adobin@msbnj.com cgallo@msbnj.com |
| Andrea Dobin | on behalf of Plaintiff Thomas J Orr adobin@msbnj.com cgallo@msbnj.com |
| Candyce Ilene Smith-Sklar | on behalf of Defendant Rose Yellen njpalaw@gmail.com r56958@notify.bestcase.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Barry W Yellen njpalaw@gmail.com r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Village Capital & Investment LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Francis P. Maneri | on behalf of Creditor PNC Bank National Association fmaneri@dilworthlaw.com, smurphy@dilworthlaw.com |

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: Oct 27, 2022 Form ID: orderntc Total Noticed: 1

| | |
|---|---|
| Gianna M Casola | on behalf of Plaintiff Thomas J Orr gcasola@msbnj.com |
| Keith David Sklar | on behalf of Defendant Rose Yellen mail@njpalaw.com |
| Michael A. Siravo, IV | on behalf of Plaintiff Thomas J Orr msiravo@msbnj.com  msiravo@trenklawfirm.com |
| Michael A. Siravo, IV | on behalf of Trustee Thomas Orr msiravo@msbnj.com  msiravo@trenklawfirm.com |
| Peter Broege | on behalf of Mediator Peter J. Broege  Esq. pbroege@bnfsbankruptcy.com, G1580@notify.cincompass.com |
| Scott E. Kaplan | on behalf of Debtor Barry W Yellen scott@sekaplanlaw.com felisha@sekaplanlaw.com,sekparalegal@gmail.com,anthonyninicpa@gmail.com,buparalegal@gmail.com |
| Thomas Orr | tom@torrlaw.com  Torr@ecf.axosfs.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 14