Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−30274−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Barry W Yellen
   2 Glenwood Circle
   Hightstown, NJ 08520

Social Security No.:
   xxx−xx−3761

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Kathryn C. Ferguson on:

Date:      12/14/22
Time:      02:30 PM
Location:  Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Sharer Petree Brotz & Snyder, Accountant

COMMISSION OR FEES
fee: $3,052.00

EXPENSES
expenses: $14.65

If this is a chapter 13 case, the fees and expenses awarded:

   ☐     will not reduce the amount to be paid to general unsecured
         creditors under the plan.

   ☐     will reduce the amount to be paid to general unsecured
         creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: November 4, 2022
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                         Case No. 19-30274-KCF

Barry W Yellen                                                                                                      Chapter 7

  Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                        User: admin                                         Page 1 of 3
Date Rcvd: Nov 04, 2022                          Form ID: 137                                          Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol     Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barry W Yellen, 2 Glenwood Circle, Hightstown, NJ 08520-2304 |
| cr | + | PNC Bank, National Association, c/o Dilworth Paxson LLP, Francis P. Maneri, Esquire, 457 Haddonfield Rd - Suite 700, Cherry Hill, NJ 08002-2201 |
| acc | + | Sharer Petree Brotz & Snyder, 1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043-4376 |
| 518533932 | + | ADK Electrical Serices, 858 US Hwy 1, Suite 1, Edison, NJ 08817-4624 |
| 518533934 | + | American Sewing & Vacuum, 301N Harrison St, Princeton, NJ 08540-3527 |
| 518533935 | + | American Sewing & Vacuum, 2 Glenwood Circle, Hightstown, NJ 08520-2304 |
| 518533945 | + | Dilworth Paxson, LLP, 457 Haddonfield Road, Ste 700, Cherry Hill, NJ 08002-2221 |
| 518533950 | + | Janome, 10 Industrial Ave, atty - Main st clinton, NJ, Mahwah, NJ 07430-3522 |
| 518650981 | + | PNC Bank, National Association, c/o Francis P. Maneri, Esquire, Dilworth Paxson LLP, 457 Haddonfield Rd Suite 700, PO Box 2570 Cherry Hill, NJ 08034-0371 |
| 518533955 | | Robert Wood Johnson Medical Group, PO Box 15278, Newark, NJ 07192-5278 |
| 518533956 | + | Rose Yellen, 2 Glenwood Circle, Hightstown, NJ 08520-2304 |
| 518719539 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 04 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 04 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Nov 04 2022 20:40:00 | Toyota Motor Credit Corporation, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| 518533933 | + | Email/PDF: bncnotices@becket-lee.com | Nov 04 2022 20:50:28 | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 518533941 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 04 2022 20:40:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518658465 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Nov 04 2022 20:40:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518533943 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 04 2022 20:51:01 | Citibankusana-ebcc, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 518533944 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 04 2022 20:51:01 | Citibankusana-ebcc, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518533946 | | Email/Text: mrdiscen@discover.com | Nov 04 2022 20:40:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518533947 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Nov 04 2022 20:40:00 | Dovenmuehle Mortgage, Inc, Attn: Bankruptcy, 1 Corporate Dr, Ste 360, Lake Zurich, IL 60047 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 04, 2022 | Form ID: 137 | Total Noticed: 34 |

| | | | | |
|---|---|---|---|---|
| 518651563 | | Email/Text: mrdiscen@discover.com | Nov 04 2022 20:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518533942 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 04 2022 20:51:10 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518699354 | + | Email/Text: RASEBN@raslg.com | Nov 04 2022 20:40:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518533951 | + | Email/Text: bankruptcy@marinerfinance.com | Nov 04 2022 20:40:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 518533952 | ^ | MEBN | Nov 04 2022 20:36:33 | New Jersey Attorney General Office, Division of Law, Richard J. Hughes Justice Complex, 25 Market Street, P.O. Box 112, Trenton, NJ 08625-0112 |
| 518533954 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 04 2022 20:40:00 | Pnc Bank, Na, 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 518824888 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 04 2022 20:51:01 | PYOD LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602, PYOD LLC, Resurgent Capital Services 29602-9008 |
| 518824887 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 04 2022 20:50:32 | PYOD LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 518533953 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 04 2022 20:40:00 | NJ Division of Taxation, Compliance and Enforcement - Bankruptcy, 50 Barrack St, 9th Floor, PO Box 245, Trenton, NJ 08695-0267 |
| 518768253 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 04 2022 20:51:11 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518539213 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 04 2022 20:50:58 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518533957 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Nov 04 2022 20:40:00 | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52409 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518533940 | | American Sewing & Vacuum Center |
| 518533948 | | Edens Management |
| 518533949 | | Elan |
| 518533936 | *+ | American Sewing & Vacuum, 2 Glenwood Circle, Hightstown, NJ 08520-2304 |
| 518533937 | *+ | American Sewing & Vacuum, 2 Glenwood Circle, Hightstown, NJ 08520-2304 |
| 518533938 | *+ | American Sewing & Vacuum, 2 Glenwood Circle, Hightstown, NJ 08520-2304 |
| 518533939 | *+ | American Sewing & Vacuum, 2 Glenwood Circle, Hightstown, NJ 08520-2304 |

TOTAL: 3 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

Case 19-30274-KCF    Doc 50    Filed 11/06/22    Entered 11/06/22 23:14:02    Desc Imaged
Certificate of Notice    Page 5 of 5

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 04, 2022 | Form ID: 137 | Total Noticed: 34 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2022         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrea Dobin | on behalf of Plaintiff Thomas J Orr adobin@msbnj.com cgallo@msbnj.com |
| Andrea Dobin | on behalf of Trustee Thomas Orr adobin@msbnj.com cgallo@msbnj.com |
| Barry R. Sharer | on behalf of Accountant Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com BSharer@SharerPBS.com;nj83@ecfcbis.com |
| Candyce Ilene Smith-Sklar | on behalf of Defendant Rose Yellen njpalaw@gmail.com r56958@notify.bestcase.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Barry W Yellen njpalaw@gmail.com r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Village Capital & Investment  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Francis P. Maneri | on behalf of Creditor PNC Bank  National Association fmaneri@dilworthlaw.com, smurphy@dilworthlaw.com |
| Gianna M Casola | on behalf of Plaintiff Thomas J Orr gcasola@msbnj.com |
| Keith David Sklar | on behalf of Defendant Rose Yellen mail@njpalaw.com |
| Michael A. Siravo, IV | on behalf of Trustee Thomas Orr msiravo@msbnj.com msiravo@trenklawfirm.com |
| Michael A. Siravo, IV | on behalf of Plaintiff Thomas J Orr msiravo@msbnj.com msiravo@trenklawfirm.com |
| Peter Broege | on behalf of Mediator Peter J. Broege  Esq. pbroege@bnfsbankruptcy.com, G1580@notify.cincompass.com |
| Scott E. Kaplan | on behalf of Debtor Barry W Yellen scott@sekaplanlaw.com felisha@sekaplanlaw.com,sekparalegal@gmail.com,anthonyninicpa@gmail.com,buparalegal@gmail.com |
| Thomas Orr | tom@torrlaw.com Torr@ecf.axosfs.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 15