Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 19−30274−KCF
                Chapter: 7
                Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Barry W Yellen
   2 Glenwood Circle
   Hightstown, NJ 08520

Social Security No.:
   xxx−xx−3761

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on December 16, 2022, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 51 − 49
Order Granting Application For Compensation for Sharer Petree Brotz & Snyder, fees awarded: $3052.00, expenses awarded: $14.65 (Related Doc # 49). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 12/15/2022. (km)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: December 16, 2022
JAN: km

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-30274-KCF |
| Barry W Yellen | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 16, 2022 | Form ID: orderntc | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barry W Yellen, 2 Glenwood Circle, Hightstown, NJ 08520-2304 |
| cr | + | PNC Bank, National Association, c/o Dilworth Paxson LLP, Francis P. Maneri, Esquire, 457 Haddonfield Rd - Suite 700, Cherry Hill, NJ 08002-2201 |
| acc | + | Sharer Petree Brotz & Snyder, 1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043-4376 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Dec 16 2022 20:31:00 | Toyota Motor Credit Corporation, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2022    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrea Dobin | on behalf of Plaintiff Thomas J Orr adobin@msbnj.com cgallo@msbnj.com |
| Andrea Dobin | on behalf of Trustee Thomas Orr adobin@msbnj.com cgallo@msbnj.com |
| Barry R. Sharer | |

| | |
|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 16, 2022 | Form ID: orderntc | Total Noticed: 4 |

on behalf of Accountant Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com BSharer@SharerPBS.com;nj83@ecfcbis.com

Candyce Ilene Smith-Sklar
    on behalf of Debtor Barry W Yellen njpalaw@gmail.com r56958@notify.bestcase.com

Candyce Ilene Smith-Sklar
    on behalf of Defendant Rose Yellen njpalaw@gmail.com r56958@notify.bestcase.com

Denise E. Carlon
    on behalf of Creditor Village Capital & Investment  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Francis P. Maneri
    on behalf of Creditor PNC Bank  National Association fmaneri@dilworthlaw.com, smurphy@dilworthlaw.com

Gianna M Casola
    on behalf of Plaintiff Thomas J Orr gcasola@msbnj.com

Keith David Sklar
    on behalf of Defendant Rose Yellen mail@njpalaw.com

Michael A. Siravo, IV
    on behalf of Trustee Thomas Orr msiravo@msbnj.com  msiravo@trenklawfirm.com

Michael A. Siravo, IV
    on behalf of Plaintiff Thomas J Orr msiravo@msbnj.com  msiravo@trenklawfirm.com

Peter Broege
    on behalf of Mediator Peter J. Broege  Esq. pbroege@bnfsbankruptcy.com, G1580@notify.cincompass.com

Scott E. Kaplan
    on behalf of Debtor Barry W Yellen scott@sekaplanlaw.com
felisha@sekaplanlaw.com,sekparalegal@gmail.com,anthonyninicpa@gmail.com,buparalegal@gmail.com

Thomas Orr
    tom@torrlaw.com  Torr@ecf.axosfs.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 15