Form 192 − aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−30274−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Barry W Yellen
   2 Glenwood Circle
   Hightstown, NJ 08520

Social Security No.:
   xxx−xx−3761

Employer's Tax I.D. No.:

### NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE, OF HEARING ON APPLICATIONS FOR COMPENSATION (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Kathryn C. Ferguson on:

DATE:       May 4, 2023
TIME:       02:30 PM
LOCATION:   Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:         $105,029.56
TOTAL DISBURSEMENTS:    $447.72
BALANCE ON HAND:        $104,581.84

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
Thomas Orr, Trustee

COMMISSION OR FEES
$8,501.48

EXPENSES
$36.18

The trustee's application to abandon the following property will be heard and acted upon:
None

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: March 24, 2023
JAN: mjb

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Barry W Yellen  
    Debtor

Case No. 19-30274-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Mar 24, 2023      Form ID: 192      Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barry W Yellen, 2 Glenwood Circle, Hightstown, NJ 08520-2304 |
| cr | + | PNC Bank, National Association, c/o Dilworth Paxson LLP, Francis P. Maneri, Esquire, 457 Haddonfield Rd - Suite 700, Cherry Hill, NJ 08002-2201 |
| acc | + | Sharer Petree Brotz & Snyder, 1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043-4376 |
| 518533932 | + | ADK Electrical Serices, 858 US Hwy 1, Suite 1, Edison, NJ 08817-4624 |
| 518533934 | + | American Sewing & Vacuum, 301N Harrison St, Princeton, NJ 08540-3527 |
| 518533935 | + | American Sewing & Vacuum, 2 Glenwood Circle, Hightstown, NJ 08520-2304 |
| 518533945 | + | Dilworth Paxson, LLP, 457 Haddonfield Road, Ste 700, Cherry Hill, NJ 08002-2221 |
| 518533950 | + | Janome, 10 Industrial Ave, atty - Main st clinton, NJ, Mahwah, NJ 07430-3522 |
| 518650981 | + | PNC Bank, National Association, c/o Francis P. Maneri, Esquire, Dilworth Paxson LLP, 457 Haddonfield Rd Suite 700, PO Box 2570 Cherry Hill, NJ 08034-0371 |
| 518533955 | | Robert Wood Johnson Medical Group, PO Box 15278, Newark, NJ 07192-5278 |
| 518533956 | + | Rose Yellen, 2 Glenwood Circle, Hightstown, NJ 08520-2304 |
| 518719539 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 24 2023 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 24 2023 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Mar 24 2023 20:50:00 | Toyota Motor Credit Corporation, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| 518533933 | + | Email/PDF: bncnotices@becket-lee.com | Mar 24 2023 21:00:19 | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 518533941 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 24 2023 20:49:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518658465 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Mar 24 2023 20:51:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518533943 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 24 2023 21:00:14 | Citibankusana-ebcc, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 518533944 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 24 2023 21:00:15 | Citibankusana-ebcc, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518533946 | | Email/Text: mrdiscen@discover.com | Mar 24 2023 20:50:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518533947 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Mar 24 2023 20:51:00 | Dovenmuehle Mortgage, Inc, Attn: Bankruptcy, 1 Corporate Dr, Ste 360, Lake Zurich, IL 60047 |

Case 19-30274-KCF   Doc 60   Filed 03/26/23   Entered 03/27/23 00:17:57   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Mar 24, 2023 | Form ID: 192 | Total Noticed: 34 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 518651563 | | Email/Text: mrdiscen@discover.com | Mar 24 2023 20:50:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518533942 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 24 2023 21:00:08 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518699354 | + | Email/Text: RASEBN@raslg.com | Mar 24 2023 20:50:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518533951 | + | Email/Text: bankruptcy@marinerfinance.com | Mar 24 2023 20:51:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 518533952 | ^ | MEBN | Mar 24 2023 20:48:13 | New Jersey Attorney General Office, Division of Law, Richard J. Hughes Justice Complex, 25 Market Street, P.O. Box 112, Trenton, NJ 08625-0112 |
| 518533954 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 24 2023 20:50:00 | Pnc Bank, Na, 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 518824888 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 24 2023 20:59:47 | PYOD LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602, PYOD LLC, Resurgent Capital Services 29602-9008 |
| 518824887 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 24 2023 20:59:47 | PYOD LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 518533953 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 24 2023 20:50:00 | NJ Division of Taxation, Compliance and Enforcement - Bankruptcy, 50 Barrack St, 9th Floor, PO Box 245, Trenton, NJ 08695-0267 |
| 518768253 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 24 2023 20:59:57 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518539213 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 24 2023 20:59:56 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518533957 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 24 2023 20:51:00 | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52409 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 518533940 | | American Sewing & Vacuum Center |
| 518533948 | | Edens Management |
| 518533949 | | Elan |
| 518533936 | *+ | American Sewing & Vacuum, 2 Glenwood Circle, Hightstown, NJ 08520-2304 |
| 518533937 | *+ | American Sewing & Vacuum, 2 Glenwood Circle, Hightstown, NJ 08520-2304 |
| 518533938 | *+ | American Sewing & Vacuum, 2 Glenwood Circle, Hightstown, NJ 08520-2304 |
| 518533939 | *+ | American Sewing & Vacuum, 2 Glenwood Circle, Hightstown, NJ 08520-2304 |

TOTAL: 3 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 24, 2023 | Form ID: 192 | Total Noticed: 34 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 26, 2023              Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2023 at the address(es) listed below:

**Name**  **Email Address**

Andrea Dobin
on behalf of Plaintiff Thomas J Orr adobin@msbnj.com cgallo@msbnj.com

Andrea Dobin
on behalf of Trustee Thomas Orr adobin@msbnj.com cgallo@msbnj.com

Barry R. Sharer
on behalf of Accountant Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com BSharer@SharerPBS.com;nj83@ecfcbis.com

Candyce Ilene Smith-Sklar
on behalf of Defendant Rose Yellen njpalaw@gmail.com r56958@notify.bestcase.com

Candyce Ilene Smith-Sklar
on behalf of Debtor Barry W Yellen njpalaw@gmail.com r56958@notify.bestcase.com

Denise E. Carlon
on behalf of Creditor Village Capital & Investment LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Francis P. Maneri
on behalf of Creditor PNC Bank National Association fmaneri@dilworthlaw.com, smurphy@dilworthlaw.com

Gianna M Casola
on behalf of Plaintiff Thomas J Orr gcasola@msbnj.com

Keith David Sklar
on behalf of Defendant Rose Yellen mail@njpalaw.com

Michael A. Siravo, IV
on behalf of Plaintiff Thomas J Orr msiravo@msbnj.com msiravo@trenklawfirm.com

Michael A. Siravo, IV
on behalf of Trustee Thomas Orr msiravo@msbnj.com msiravo@trenklawfirm.com

Peter Broege
on behalf of Mediator Peter J. Broege Esq. pbroege@bnfsbankruptcy.com, G1580@notify.cincompass.com

Scott E. Kaplan
on behalf of Debtor Barry W Yellen scott@sekaplanlaw.com
felisha@sekaplanlaw.com,sekparalegal@gmail.com,anthonyninicpa@gmail.com,buparalegal@gmail.com

Thomas Orr
tom@torrlaw.com Torr@ecf.axosfs.com

Thomas Orr
on behalf of Trustee Thomas Orr tom@torrlaw.com Torr@ecf.axosfs.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 16