| | |
|---|---|
| UNITED STATES BANKRUPTY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>McMANIMON, SCOTLAND<br> & BAUMANN, LLC<br>427 Riverview Plaza<br>Trenton, NJ  08611<br>609.695.6070<br>*ATTORNEYS FOR THOMAS J. ORR,*<br>*CHAPTER 7 TRUSTEE* | Order Filed on March 24, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>BARRY W. YELLEN,<br><br>    Debtor. | Case No.  19-30274(KCF)<br><br>Hearing Date: March 23, 2023<br>at 2:30<br><br>Honorable Kathryn C. Ferguson, U.S.B.J. |

**ORDER ALLOWING FIRST AND FINAL ALLOWANCE OF FEES &**
**EXPENSES TO McMANIMON, SCOTLAND & BAUMANN, LLC**
**COUNSEL TO THOMAS J. ORR, CHAPTER 7 TRUSTEE**

The relief set forth on the following page number two (2) is hereby **ORDERED**.

**DATED: March 24, 2023**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**
Debtor: Barry W. Yellen
Case No: 19-30274(KCF)
Caption of Order: Order Allowing Fees & Expenses of Counsel to the Trustee

**THIS MATTER** having been opened to the Court upon the Application of McManimon, Scotland & Baumann, LLC, counsel to the Trustee (the "Applicant"), in the above-captioned proceeding, for the entry of an Order allowing first and final allowance of fees and expenses to Applicant, and the Court having read and considered the Applicant's Application and the supporting Affidavit, and notice of said Application having been given to the Office of the United States Trustee, Debtor and Debtor's counsel, and all others requesting electronic notice, and for other and good cause shown:

**IT IS ORDERED:**

1.   McManimon, Scotland & Baumann, LLC, counsel to the Trustee, is hereby granted first and final allowance on account of legal services rendered to the Trustee in the sum of $50,968.00 together with the sum of $1,664.60 for out-of-pocket disbursements, for a total allowance of $52,632.60 without prejudice to said counsel's right to seek additional allowances.

4871-2409-8117, v. 1

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 19-30274-KCF

Barry W Yellen     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2

Date Rcvd: Mar 24, 2023     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Barry W Yellen, 2 Glenwood Circle, Hightstown, NJ 08520-2304 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrea Dobin | on behalf of Plaintiff Thomas J Orr adobin@msbnj.com cgallo@msbnj.com |
| Andrea Dobin | on behalf of Trustee Thomas Orr adobin@msbnj.com cgallo@msbnj.com |
| Barry R. Sharer | on behalf of Accountant Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com BSharer@SharerPBS.com;nj83@ecfcbis.com |
| Candyce Ilene Smith-Sklar | on behalf of Defendant Rose Yellen njpalaw@gmail.com r56958@notify.bestcase.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Barry W Yellen njpalaw@gmail.com r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Village Capital & Investment LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 24, 2023 | Form ID: pdf903 | Total Noticed: 1 |

Francis P. Maneri
    on behalf of Creditor PNC Bank National Association fmaneri@dilworthlaw.com, smurphy@dilworthlaw.com

Gianna M Casola
    on behalf of Plaintiff Thomas J Orr gcasola@msbnj.com

Keith David Sklar
    on behalf of Defendant Rose Yellen mail@njpalaw.com

Michael A. Siravo, IV
    on behalf of Plaintiff Thomas J Orr msiravo@msbnj.com msiravo@trenklawfirm.com

Michael A. Siravo, IV
    on behalf of Trustee Thomas Orr msiravo@msbnj.com msiravo@trenklawfirm.com

Peter Broege
    on behalf of Mediator Peter J. Broege Esq. pbroege@bnfsbankruptcy.com, G1580@notify.cincompass.com

Scott E. Kaplan
    on behalf of Debtor Barry W Yellen scott@sekaplanlaw.com
    felisha@sekaplanlaw.com,sekparalegal@gmail.com,anthonyninicpa@gmail.com,buparalegal@gmail.com

Thomas Orr
    on behalf of Trustee Thomas Orr tom@torrlaw.com Torr@ecf.axosfs.com

Thomas Orr
    tom@torrlaw.com Torr@ecf.axosfs.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 16