| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Thomas J. Orr<br>321 High Street<br>Burlington, NJ 08016<br>(609)386-8700<br>Attorney for Trustee | Order Filed on May 4, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

| In Re:<br><br>YELLEN, BARRY W | Case No.: | 19-30274 |
|---|---|---|
| | Hearing Date: | May 4, 2023 |
| | Judge: | Kathryn C. Ferguson |
| | Chapter: | 7 |

## ORDER OF COMPENSATION

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 4, 2023**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Thomas J. Orr, Trustee | $8,501.48 | $36.18 |

*rev. 08/01/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 19-30274-KCF

Barry W Yellen                                                                      Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                    User: admin                                   Page 1 of 2
Date Rcvd: May 05, 2023             Form ID: pdf903                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol      Definition**

+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                    regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2023:**

**Recip ID            Recipient Name and Address**
db                    +  Barry W Yellen, 2 Glenwood Circle, Hightstown, NJ 08520-2304

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2023                 Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrea Dobin | on behalf of Plaintiff Thomas J Orr adobin@msbnj.com  cgallo@msbnj.com |
| Andrea Dobin | on behalf of Trustee Thomas Orr adobin@msbnj.com  cgallo@msbnj.com |
| Barry R. Sharer | on behalf of Accountant Sharer Petree Brotz & Snyder CShapiro@SharerPBS.com  BSharer@SharerPBS.com;nj83@ecfcbis.com |
| Candyce Ilene Smith-Sklar | on behalf of Defendant Rose Yellen njpalaw@gmail.com  r56958@notify.bestcase.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Barry W Yellen njpalaw@gmail.com  r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Village Capital & Investment  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

District/off: 0312-3                          User: admin                              Page 2 of 2
Date Rcvd: May 05, 2023                    Form ID: pdf903                          Total Noticed: 1

Francis P. Maneri

on behalf of Creditor PNC Bank  National Association fmaneri@dilworthlaw.com, smurphy@dilworthlaw.com

Gianna M Casola

on behalf of Plaintiff Thomas J Orr gcasola@msbnj.com

Keith David Sklar

on behalf of Defendant Rose Yellen mail@njpalaw.com

Michael A. Siravo, IV

on behalf of Plaintiff Thomas J Orr msiravo@msbnj.com  msiravo@trenklawfirm.com

Michael A. Siravo, IV

on behalf of Trustee Thomas Orr msiravo@msbnj.com  msiravo@trenklawfirm.com

Peter Broege

on behalf of Mediator Peter J. Broege  Esq. pbroege@bnfsbankruptcy.com, G1580@notify.cincompass.com

Scott E. Kaplan

on behalf of Debtor Barry W Yellen scott@sekaplanlaw.com
felisha@sekaplanlaw.com,sekparalegal@gmail.com,anthonyninicpa@gmail.com,buparalegal@gmail.com

Thomas Orr

on behalf of Trustee Thomas Orr tom@torrlaw.com  Torr@ecf.axosfs.com

Thomas Orr

tom@torrlaw.com  Torr@ecf.axosfs.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 16