UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: §
§
YELLEN, BARRY W § Case No. 19-30274
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS J. ORR, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: 3,170.00 |
| Total Distributions to Claimants: 39,994.93 | Claims Discharged Without Payment: 355,458.60 |
| Total Expenses of Administration: 65,034.63 | |

3) Total gross receipts of $ 105,029.56  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 105,029.56  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 7,604.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 65,034.63 | 65,034.63 | 65,034.63 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 27,037.75 | 27,037.75 | 27,037.75 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 355,133.00 | 137,548.78 | 137,548.78 | 12,957.18 |
| **TOTAL DISBURSEMENTS** | $ 362,737.00 | $ 229,621.16 | $ 229,621.16 | $ 105,029.56 |

4) This case was originally filed under chapter 7 on 10/28/2019 . The case was pending for 45 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/17/2023          By: /s/THOMAS J. ORR, TRUSTEE
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| UNCLAIMED PROPERTY | 1229-000 | 5,029.56 |
| POSSIBLE FRAUDULENT TRANSFER OF | 1249-000 | 100,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 105,029.56** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Toyota Financial Services Attn: Bankruptcy Dept Po Box 8026 Cedar Rapids, IA 52409 | | 7,604.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 7,604.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:THOMAS J. ORR, TRUSTEE | 2100-000 | NA | 8,501.48 | 8,501.48 | 8,501.48 |
| TRUSTEE EXPENSES:THOMAS J. ORR, TRUSTEE | 2200-000 | NA | 36.18 | 36.18 | 36.18 |
| THOMAS J. ORR, TRUSTEE | 2300-000 | NA | 0.28 | 0.28 | 0.28 |
| THOMAS J. ORR-BOND | 2300-000 | NA | 59.08 | 59.08 | 59.08 |
| Axos Bank | 2600-000 | NA | 388.36 | 388.36 | 388.36 |
| U.S. BANKRUPTCY COURT | 2700-000 | NA | 350.00 | 350.00 | 350.00 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):ANDREA DOBIN, ESQ. | 3210-000 | NA | 50,968.00 | 50,968.00 | 50,968.00 |
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):ANDREA DOBIN, ESQ. | 3220-000 | NA | 1,664.60 | 1,664.60 | 1,664.60 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):BARRY R. SHARER | 3410-000 | NA | 3,052.00 | 3,052.00 | 3,052.00 |
| ACCOUNTANT FOR TRUSTEE EXPENSES (OTHER FIRM):BARRY R. SHARER | 3420-000 | NA | 14.65 | 14.65 | 14.65 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 65,034.63 | $ 65,034.63 | $ 65,034.63 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005A | STATE OF NEW JERSEY | 5800-000 | NA | 27,037.75 | 27,037.75 | 27,037.75 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 27,037.75 | $ 27,037.75 | $ 27,037.75 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADK Electrical Serices 858 US Hwy 1, Suite 1 Edison, NJ 08817 | | 535.00 | NA | NA | 0.00 |
| | American Express P.O. Box 1270 Newark, NJ 07101 | | 100,000.00 | NA | NA | 0.00 |
| | American Sewing & Vacuum 301N Harrison St Princeton, NJ 08540 | | 0.00 | NA | NA | 0.00 |
| | Chase Card Services Attn: Bankruptcy Po Box 15298 Wilmington, DE 19850 | | 192.00 | NA | NA | 0.00 |
| | Citibankusana-ebcc Citibank Corp/Centralized Bankruptcy Po Box 790034 St Louis, MO 63179 | | 0.00 | NA | NA | 0.00 |
| | Citibankusana-ebcc Po Box 6217 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |
| | Dovenmuehle Mortgage, Inc Attn: Bankruptcy 1 Corporate Dr, Ste 360 Lake Zurich, IL 60047 | | 51,640.00 | NA | NA | 0.00 |
| | Edens Management | | 40,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Elan | | 1,500.00 | NA | NA | 0.00 |
| | Janome 10 Industrial Ave atty - Main st clinton, NJ Mahwah, NJ 07430 | | 0.00 | NA | NA | 0.00 |
| | NJ Division of Taxation Compliance and Enforcement -Bankruptcy 50 Barrack St, 9th Floor PO Box 245 Trenton, NJ 08695-0267 | | 37,000.00 | NA | NA | 0.00 |
| | Robert Wood Johnson Medical Group PO Box 15278 Newark, NJ 07192-5278 | | 0.00 | NA | NA | 0.00 |
| 000003 | BANK OF AMERICA, N.A. | 7100-000 | 5,079.00 | 4,823.06 | 4,823.06 | 454.34 |
| 000002 | DISCOVER BANK | 7100-000 | 16,402.00 | 15,044.57 | 15,044.57 | 1,417.21 |
| 000004 | JPMORGAN CHASE BANK, N.A. | 7100-000 | 1,981.00 | 2,051.34 | 2,051.34 | 193.24 |
| 000006 | MARINER FINANCE, LLC | 7100-000 | 804.00 | 823.04 | 823.04 | 77.53 |
| 000001 | PNC BANK, NATIONAL ASSOCIATION | 7100-000 | 100,000.00 | 106,830.30 | 106,830.30 | 10,063.48 |
| 000007 | PYOD LLC | 7100-000 | NA | 978.62 | 978.62 | 92.18 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005B | STATE OF NEW JERSEY | 7100-000 | NA | 6,997.85 | 6,997.85 | 659.20 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 355,133.00 | $ 137,548.78 | $ 137,548.78 | $ 12,957.18 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| Case No: | 19-30274 | KCF | Judge: Kathryn C. Ferguson | Trustee Name: | THOMAS J. ORR, TRUSTEE |
| Case Name: | YELLEN, BARRY W | | | Date Filed (f) or Converted (c): | 10/28/19 (f) |
| | | | | 341(a) Meeting Date: | 12/04/19 |
| For Period Ending: | 07/17/23 | | | Claims Bar Date: | 03/30/20 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. USED FURNITURE, FURNISHINGS AND APPLIANCES | 2,000.00 | 0.00 | | 0.00 | FA |
| 2. ELECTRONICS  2 USED TV'S, USED CELL PHONE; USED LAPTOP COMPUTER, USED TABLET, USED CLOCK RADIO | 800.00 | 0.00 | | 0.00 | FA |
| 3. USED BICYCLE | 250.00 | 0.00 | | 0.00 | FA |
| 4. USED CLOTHING, SHOES, COATS | 100.00 | 0.00 | | 0.00 | FA |
| 5. USED WATCH | 20.00 | 0.00 | | 0.00 | FA |
| 6. STOCK AND BUSINESS INTERESTS  AMERICAN SEWING AND VACUUM CENTER (HEAVILIY IN DEBT-OVER $300,000) | 0.00 | 0.00 | | 0.00 | FA |
| 7. POSSIBLE FRAUDULENT TRANSFER OF (u)  REAL ESTATE TO WIFE-ADV. NO. 20-1131 | 0.00 | 85,000.00 | | 100,000.00 | FA |
| 8. UNCLAIMED PROPERTY (u) | 537.07 | 537.07 | | 5,029.56 | FA |
| TOTALS (Excluding Unknown Values) | $3,707.07 | $85,537.07 | | $105,029.56 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 19-30274    KCF    Judge: Kathryn C. Ferguson | Trustee Name:    THOMAS J. ORR, TRUSTEE |
| Case Name: | YELLEN, BARRY W | Date Filed (f) or Converted (c):    10/28/19 (f) |
| | | 341(a) Meeting Date:    12/04/19 |
| | | Claims Bar Date:    03/30/20 |

July 17, 2023, 11:26 pm AWAITING APPROVAL OF TDR AND FINAL DECREE TO RETIRE FILE

Initial Projected Date of Final Report (TFR): 10/30/22     Current Projected Date of Final Report (TFR): 06/30/23

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 19-30274 -KCF | Trustee Name: | THOMAS J. ORR, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | YELLEN, BARRY W | Bank Name: | Axos Bank |
| | | Account Number / CD #: | 7521000000446 Checking Account (Non-Interest |
| Taxpayer ID No: | 30-6693275 | | |
| For Period Ending: | 07/17/23 | Blanket Bond (per case limit): | $ 27,273,630.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/11/21 | 8 | DEPARTMENT OF THE TREASURY STATE OF NEW JERSEY TRENTON, NJ 08625-0221 UNCLAIMED PERSONAL PROP TR FD | UNCLAIMED PROPERTY | 1229-000 | 537.07 | | 537.07 |
| 02/15/21 | 007001 | THOMAS J. ORR, TRUSTEE 321 HIGH STREET BURLINGTON, NJ 08016-4411 | REIMBURSEMENT FOR BLANKET BOND | 2300-000 | | 0.28 | 536.79 |
| 02/08/22 | 007002 | THOMAS J. ORR, ESQ.-BOND 321 HIGH STREET BURLINGTON, NJ 08016 | REIMBURSEMENT FOR BLANKET BOND | 2300-000 | | 0.27 | 536.52 |
| 09/09/22 | 8 | STATE OF NEW JERSEY UNCLAIMED PROPERTY PO BOX 221 TRENTON, NJ 08625-0221 | UNCLAIMED PROPERTY | 1229-000 | 4,492.49 | | 5,029.01 |
| 10/20/22 | 7 | FNC TITLE SERVICES, LLC 905 HIGHLAND POINTE DRIVE SUITE 150 ROSEVILLE, CA 95678 | SETTLEMENT OF FRAUDULENT TRANSFER ADV. NO. 20-1131 | 1249-000 | 100,000.00 | | 105,029.01 |
| 11/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 44.73 | 104,984.28 |
| 12/01/22 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 112.17 | 104,872.11 |

Page Subtotals    105,029.56    157.45

Ver: 22.07h

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 11)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 19-30274 -KCF | Trustee Name: | THOMAS J. ORR, TRUSTEE |
|---|---|---|---|
| Case Name: | YELLEN, BARRY W | Bank Name: | Axos Bank |
| | | Account Number / CD #: | 7521000000446 Checking Account (Non-Interest |
| Taxpayer ID No: | 30-6693275 | | |
| For Period Ending: | 07/17/23 | Blanket Bond (per case limit): | $ 27,273,630.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/03/23 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 115.79 | 104,756.32 |
| 01/26/23 | 007003 | THOMAS J. ORR, ESQ.-BOND<br>321 HIGH STREET<br>BURLINGTON, NJ 08016 | BLANKET BOND PAYMENT | 2300-000 | | 58.81 | 104,697.51 |
| 02/01/23 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 115.67 | 104,581.84 |
| 05/08/23 | 007004 | THOMAS J. ORR, TRUSTEE<br>321 HIGH STREET<br>BURLINGTON, NJ 08016-4411 | TRUSTEE FEE | 2100-000 | | 8,501.48 | 96,080.36 |
| 05/08/23 | 007005 | THOMAS J. ORR, TRUSTEE<br>321 HIGH STREET<br>BURLINGTON, NJ 08016-4411 | TRUSTEE EXPENSES | 2200-000 | | 36.18 | 96,044.18 |
| 05/08/23 | 007006 | U.S. BANKRUPTCY COURT<br>402 EAST STATE STREET<br>TRENTON, NJ 08608 | FILING FEES<br>ADV. NO. 20-1131 | 2700-000 | | 350.00 | 95,694.18 |
| 05/08/23 | 007007 | ANDREA DOBIN, ESQ.<br>MCMANIMON, SCOTLAND & BAUMANN, LLC<br>427 RIVERVIEW PLAZA<br>TRENTON, NJ 08611 | ATTORNEY FEES | 3210-000 | | 50,968.00 | 44,726.18 |
| 05/08/23 | 007008 | ANDREA DOBIN, ESQ.<br>MCMANIMON, SCOTLAND & BAUMANN, LLC<br>427 RIVERVIEW PLAZA<br>TRENTON, NJ 08611 | ATTORNEY EXPENSES | 3220-000 | | 1,664.60 | 43,061.58 |

Page Subtotals    0.00    61,810.53

Ver: 22.07h

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit 9

| Case No: | 19-30274 -KCF | Trustee Name: | THOMAS J. ORR, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | YELLEN, BARRY W | Bank Name: | Axos Bank |
| | | Account Number / CD #: | 7521000000446  Checking Account (Non-Interest |
| Taxpayer ID No: | 30-6693275 | | |
| For Period Ending: | 07/17/23 | Blanket Bond (per case limit): | $ 27,273,630.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/08/23 | 007009 | ROBERT SNYDER, CPA<br>SHARER PETREE BROTZ & SNYDER<br>1103 LAUREL OAK ROAD, SUITE 105B<br>VOORHEES, NJ 08043 | ACCOUNTANT'S FEES | 3410-000 | | 3,052.00 | 40,009.58 |
| 05/08/23 | 007010 | ROBERT SNYDER, CPA<br>SHARER PETREE BROTZ & SNYDER<br>1103 LAUREL OAK ROAD, SUITE 105B<br>VOORHEES, NJ 08043 | ACCOUNTANT"S EXPENSES | 3420-000 | | 14.65 | 39,994.93 |
| 05/08/23 | 007011 | STATE OF NEW JERSEY<br>DIVISION OF TAXATION<br>BANKRUPTCY SECTION<br>PO BOX 245<br>TRENTON, NJ 08695-0245 | Claim 000005A, Payment 100.00000%<br>PAYMENT OF CLAIM<br>REF. #3761 | 5800-000 | | 27,037.75 | 12,957.18 |
| 05/08/23 | 007012 | PNC BANK, NATIONAL ASSOCIATION<br>C/O FRANCIS P. MANERI, ESQUIRE<br>DILWORTH PAXSON LLP<br>457 HADDONFIELD RD SUITE 700<br>PO BOX 2570<br>CHERRY HILL, NJ 08034 | Claim 000001, Payment 9.42006%<br>PAYMENT OF CLAIM | 7100-000 | | 10,063.48 | 2,893.70 |
| 05/08/23 | 007013 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Claim 000002, Payment 9.42008%<br>PAYMENT OF CLAIM<br>REF. #9438 | 7100-000 | | 1,417.21 | 1,476.49 |
| 05/08/23 | 007014 | BANK OF AMERICA, N.A. | Claim 000003, Payment 9.42016% | 7100-000 | | 454.34 | 1,022.15 |
| | | | Page Subtotals | | 0.00 | 42,039.43 | |

Ver: 22.07h

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 13)

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 19-30274 -KCF | |
| Case Name: | YELLEN, BARRY W | |
| Taxpayer ID No: | 30-6693275 | |
| For Period Ending: | 07/17/23 | |

| | | |
|---|---|---|
| Trustee Name: | THOMAS J. ORR, TRUSTEE | |
| Bank Name: | Axos Bank | |
| Account Number / CD #: | 7521000000446  Checking Account (Non-Interest | |
| Blanket Bond (per case limit): | $ 27,273,630.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | P O BOX 982284<br>EL PASO, TX 79998-2238 | PAYMENT OF CLAIM<br>REF. #3165 | | | | |
| 05/08/23 | 007015 | JPMORGAN CHASE BANK, N.A.<br>S/B/M/T CHASE BANK USA, N.A.<br>C/O ROBERTSON, ANSCHUTZ & SCHNEID, P.L.<br>6409 CONGRESS AVENUE, SUITE 100<br>BOCA RATON, FL 33487 | Claim 000004, Payment 9.42018%<br>PAYMENT OF CLAIM<br>REF. #4758 | 7100-000 | | 193.24 | 828.91 |
| 05/08/23 | 007016 | STATE OF NEW JERSEY<br>DIVISION OF TAXATION<br>BANKRUPTCY SECTION<br>PO BOX 245<br>TRENTON, NJ  08695 | Claim 000005B, Payment 9.42004%<br>PAYMENT OF CLAIM<br>REF. #3761 | 7100-000 | | 659.20 | 169.71 |
| 05/08/23 | 007017 | MARINER FINANCE, LLC<br>ATTN: BANKRUPTCY<br>8211 TOWN CENTER DRIVE<br>NOTTINGHAM, MD 21236 | Claim 000006, Payment 9.41996%<br>PAYMENT OF CLAIM | 7100-000 | | 77.53 | 92.18 |
| 05/08/23 | 007018 | PYOD LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602<br>PYOD LLC<br>RESURGENT CAPITAL SERVICES | Claim 000007, Payment 9.41939%<br>PAYMENT OF CLAIM<br>REF. #4585 | 7100-000 | | 92.18 | 0.00 |

Page Subtotals        0.00        1,022.15

Ver: 22.07h

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 19-30274 -KCF | Trustee Name: | THOMAS J. ORR, TRUSTEE |
|---|---|---|---|
| Case Name: | YELLEN, BARRY W | Bank Name: | Axos Bank |
| | | Account Number / CD #: | 7521000000446  Checking Account (Non-Interest |
| Taxpayer ID No: | 30-6693275 | | |
| For Period Ending: | 07/17/23 | Blanket Bond (per case limit): | $ 27,273,630.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 105,029.56 | 105,029.56 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 105,029.56 | 105,029.56 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 105,029.56 | 105,029.56 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - 7521000000446 | 105,029.56 | 105,029.56 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 105,029.56 | 105,029.56 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 22.07h

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 15)